**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1:08-CV-600 |
| Certified Fee | | MRB1T3B DNH1 |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Johnny Richardson #586057
Street, Apt. No.; or PO Box No.: Madison Corr Inst, P.O. Box 740
City, State, ZIP+4: London OH 43140-0740

PS Form 3800, June 2002          See Reverse for Instructions

7002 3150 0000 8389 2266