UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnny C. Richardson,

    Plaintiff,

        v.                              Case No. 1:08cv600

Simon L. Leis,                          Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 11, 2010 (Doc. 41).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendant's Motion for Summary Judgment (Doc. 30) is **GRANTED**. Plaintiff's Motion to Convey (Doc. 26); Plaintiff's Motion in Limine (Doc. 33) are **DENIED as Moot**. Defendant's Motion to Strike (Doc. 36) is **DENIED as Moot.**

    **IT IS SO ORDERED.**

                                              *S/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge