**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

1:08-CV-600
MRB ITSB DN43:44

Postmark Here

Sent To: Johnny Richardson # 586-057
Street, Apt. No.; or PO Box No.: Madison Corr. Inst. PO Box 740
City, State, ZIP+4: London OH 43140-0740

PS Form 3800, June 2002    See Reverse for Instructions

7002 3150 0000 8389 2310